# **EXHIBIT A**



# Invoice

| Date | Invoice # |
|---|---|
| 1/31/2020 | 2020-001 |

**Bill To**

PCT International, Inc.
Attn.: Doug Drury

**LKW CONSULTING, L.L.C.**
ACCOUNTING, FINANCE & STRATEGIC PLANNING

34522 N. SCOTTSDALE ROAD
SUITE 120-623
SCOTTSDALE, AZ 85266

TEL: (602) 405-2296

**Payment Information: See Box Below**

| P.O. No. | Terms |
|---|---|
|  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 14.5 | CFO Services per agreement dated January 27, 2020 (Refer to timesheet detail) | 250.00 | 3,625.00 |

**For ACH and Wire Transfer Payment Remittances (Preferred Payment Method):**

| | |
|---|---|
| **Account Name:** | LKW Consulting, L.L.C. |
| **Bank Name:** | JPMorgan Chase Bank, N.A. |
| **Routing / ABA Number:** | 122100024 |
| **Account Number:** | 530768669 |

**For Check Payments – Please Remit to the Following Address:**

LKW Consulting, L.L.C.
34522 North Scottsdale Road, Suite 120-623
Scottsdale, AZ 85266

**Total** $3,625.00

# LKW CONSULTING, LLC
## CONSULTANT TIMESHEET

**Consultant Name:** <u>Lawrence K. White</u>
**LKW Consulting, LLC**
**Semi-Monthly Timesheet**
**Client:** <u>PCT International, Inc.</u>

**Service Month:** <u>January-20</u>
**Service Period:** <u>1/1/20 - 1/15/20</u>

### Service Description

| Service Description | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planning Meeting with Steve Youtsey, Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Planning Due Diligence Document Request List Created and Sent to Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Financing Opportunity Discussion with Robyn Barrett - FSW Funding (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| DIP Financing Opportunity Conference Call with Robyn Barrett and Doug Drury (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Review of DIP Financing Proposal from Robyn Barrett - FSW (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Planning Meeting with Steve Youtsey, Yen Vu, Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Semi-Monthly Hours Worked --- Consulting Services** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** |

# LKW CONSULTING, LLC
# CONSULTANT TIMESHEET

**Consultant Name:** Lawrence K. White
**LKW Consulting, LLC**
**Semi-Monthly Timesheet**
**Client:** PCT International, Inc.

**Service Month:** January-20
**Service Period:** 1/16/20 - 1/31/20

### Service Description

| Service | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planning Meeting with Steve Youtsey, Yen Vu, Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 | 0.0 | 3.5 | 0.0 | 7.5 |
| Planning Meeting with Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 1.5 | 0.0 | 1.0 | 4.0 |
| Planning Due Diligence Document Request List Created and Sent to Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Financing Opportunity Discussion with Robyn Barrett - FSW Funding (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| DIP Financing Opportunity Conference Call with Robyn Barrett and Doug Drury (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.5 |
| Review of DIP Financing Proposal from Robyn Barrett - FSW (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.5 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Semi-Monthly Hours Worked --- Consulting Services** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.5 | 1.5 | 3.5 | 1.0 | 14.5 |

# Invoice

| Date | Invoice # |
|---|---|
| 2/29/2020 | 2020-023 |



**LKW CONSULTING, L.L.C.**
ACCOUNTING, FINANCE & STRATEGIC PLANNING

34522 N. SCOTTSDALE ROAD
SUITE 120-623
SCOTTSDALE, AZ 85266

TEL: (602) 405-2296

**Bill To**

PCT International, Inc.
Attn.: Doug Drury

**Payment Information: See Box Below**

| P.O. No. | Terms |
|---|---|
|  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 20 | CFO Services per agreement dated January 27, 2020 (Refer to timesheet detail) | 250.00 | 5,000.00 |

**For ACH and Wire Transfer Payment Remittances (Preferred Payment Method):**

**Account Name:** LKW Consulting, L.L.C.
**Bank Name:** JPMorgan Chase Bank, N.A.
**Routing / ABA Number:** 122100024
**Account Number:** 530768669

**For Check Payments – Please Remit to the Following Address:**

LKW Consulting, L.L.C.
34522 North Scottsdale Road, Suite 120-623
Scottsdale, AZ 85266

**Total** $5,000.00

**LKW CONSULTING, LLC**
**CONSULTANT TIMESHEET**

**Consultant Name:** <u>Lawrence K. White</u>
**LKW Consulting, LLC**
**Semi-Monthly Timesheet**
**Client:** <u>PCT International, Inc.</u>
**Service Month:** <u>February-20</u>
**Service Period:** <u>2/1/20 - 2/15/20</u>

**Service Description**

| Service | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planning Meeting with Steve Youtsey, Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.5 |
| Review and Analysis of Historical Financials for Andes and PCT (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| Financing Opportunity Discussion with Robyn Barrett - FSW Funding (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 1.5 |
| DIP Financing Conference Call with Robyn Barrett, Doug Drury, Kitty Marriott, Steve Youtsey (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 |
| A/R Collections; Telecom Argentina, Etc. (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 | 1.0 |
| Planning Meeting with Steve Youtsey, Yen Vu, Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Semi-Monthly Hours Worked --- Consulting Services** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 | 2.5 | 2.5 | 0.0 | 2.5 | 0.5 | 0.0 | 13.0 |

**LKW CONSULTING, LLC**
**CONSULTANT TIMESHEET**

**Consultant Name:** Lawrence K. White
**LKW Consulting, LLC**
**Semi-Monthly Timesheet**
**Client:** PCT International, Inc.

**Service Month:** February-20
**Service Period:** 2/16/20 - 2/29/20

### Service Description

| Service Description | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 | 2/29 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planning Meeting with Steve Youtsey, Yen Vu, Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Planning Meeting with Doug Drury and Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Planning Due Diligence Document Request List Created and Sent to Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Financing Opportunity Discussion with Robyn Barrett, Including Planning - FSW Funding (B230) | 0.0 | 0.0 | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.5 |
| DIP Financing Opportunity Conference Call with Robyn Barrett and Doug Drury (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Review of DIP Financing Proposal from Robyn Barrett, including Follow-Up - FSW (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| 5-Year Financing Model Review / Commentary / Calls with Kitty Marriott (B210) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 2.0 |
| Lunch meeting with potential lender, Eric Rinestone (husband of Robyn Barrett) (B230) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.5 | 0.0 | 0.0 | 0.0 | 1.5 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Semi-Monthly Hours Worked --- Consulting Services** | 0.0 | 0.0 | 2.5 | 0.0 | 1.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 1.5 | 1.0 | 0.0 | 0.0 | 7.0 |