IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDES INDUSTRIES, INC.; and<br>PCT INTERNATIONAL, INC.,<br><br>Debtors.<br><br>THIS FILING APPLIES TO:<br><br>■ All Debtors<br>□ Specified Debtors | Chapter 11<br><br>Case No. 2:19-bk-14585-PS<br>Case No. 2:19-bk-14586-PS<br><br>*Jointly Administered*<br><br>**FINAL DECREE CLOSING CHAPTER 11 CASES** |

This matter came before the Court pursuant to the *Reorganized Debtors' Motion for Entry of Final Decree* [Dkt. No. 1119] (the "**Motion**") filed by Andes Industries, Inc. ("**Andes**") and PCT International, Inc. ("**PCT**" and together with Andes, the "**Reorganized Debtors**"). The Court having reviewed and considered the Motion and good cause appearing therefore,

**THE COURT FINDS** that the Plan[1] has been substantially consummated;

**THE COURT FURTHER FINDS** that the Reorganized Debtors' bankruptcy estates have been fully admininstered; and

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Motion is granted; |
| 2 | **IT IS FURTHER ORDERED** that a Final Decree is hereby entered; |
| 3 | **IT IS FURTHER ORDERED** that the Chapter 11 Cases are closed; and |
| 4 | **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear any |
| 5 | disputes regarding the Plan or Confirmation Order. |

**DATED AND SIGNED ABOVE**